BETTY HERSHDORFER, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent.— Action to recover damages for personal injuries alleged to have been sustained by plaintiff while descending the steps from a stoop of a multiple dwelling house owned and operated by the defendant, due to the defective condition of the steps. Judgment in favor of the defendant, dismissing the complaint on the merits, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Probate of the Last Will and Testament, Dated April 1, 1939, of MARY KOWALSKY, Formerly Known as MARY LARKIN and Also Known as MARY McDONALD, Also Known as MARY McDONALD LARKIN, Deceased. JOHN KOWALSKY and WILLIAM F. BOWE, Appellants; FERDINAND D. VIRGILIO, as Executor, etc., of MARY KOWALSKY, etc., Deceased, Respondent.— In a probate proceeding in the Surrogate's Court, Queens County, decree overruling the appellants' objections after trial and admitting the will to probate unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of PATRICK O'HALLORAN, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act to Review a Determination, against HENRY E. BRUCKMAN and Others, Individually and as Members Constituting the State Liquor Authority, Respondents.— Proceeding to review the determination of the State Liquor Authority which found that the petitioner had violated section 65 and subdivision 5 of section 106 of the Alcoholic Beverage Control Law, and ordered the cancellation of his liquor license. Determination unanimously confirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Estate of JOHN B. UNWIN, Deceased. HORACE SHOWLER, Appellant; JOHN W. UNWIN, as Administrator, etc., of JOHN B. UNWIN, Deceased, Respondent.— Appeal from a decree of the Surrogate's Court, Orange County, disallowing the claim of Horace Showler against the estate of the deceased. Decree unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

LEADING PERFUMERS & CHEMISTS, INC., Appellant, v. DAETSCH & WOODWARD, INC., Respondent.— Action to recover for damages allegedly sustained through the negligence of the defendant, causing destruction of plaintiff's merchandise through the flow of water from a sprinkler head in defendant's loft on the floor above that of plaintiff in a factory building. Judgment in favor of the defendant, entered upon the decision of the court, after a trial without a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.